UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS JONAS OGUENDO MAYOLINO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:08CV1972 MLM |
| U.S. POST OFFICE, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 29th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE